NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SMAL AND PARTNERS UK LTD and VASILI EVDOKIMOV,<br><br>         Plaintiffs,<br><br>v.<br><br>PODHURST ORSECK P.A., STEVEN C. MARKS, and THE BANK OF NEW YORK MELLON,<br><br>         Defendants. | Civil Action No.: 11-05260 (JLL)<br><br>**ORDER** |

This matter comes before the Court on the motion of Defendants Steven C. Marks and Podhurst Orseck P.A. to dismiss for lack of personal jurisdiction pursuant to Federal Rule of Civil Procedure 12(b)(2) (CM/ECF No. 5). On March 2, 2012, Magistrate Judge Michael Hammer issued a Report and Recommendation that this Court grant Defendants' motion to dismiss. (CM/ECF No. 24). No objections have been filed thereto. The Court has considered the submissions of the parties, and Judge Hammer's Report and Recommendation dated March 2, 2012, and for substantially the same reasons stated therein,

**IT IS** on this 30 day of March, 2012,

**ORDERED** that this Court hereby ADOPTS Judge Hammer's March 2, 2012 Report and Recommendation as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Defendant's motion to dismiss for lack of personal jurisdiction is hereby GRANTED.

**IT IS SO ORDERED.**

Jose L. Linares
United States District Judge

1